United States Court of Appeals
Fifth Circuit

**F I L E D**

February 23, 2007

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

No. 06-50734
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PEDRO ALEJANDRO ANCHONDO,

Defendant-Appellant.

**Appeal from the United States District Court
for the Western District of Texas
(3:05-CR-2757-1)**

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Pedro Alejandro Anchondo pleaded guilty to one charge of bank robbery and was sentenced to 151 months in prison. He contends his sentence is unreasonable because it was more harsh than his co-defendant's and exceeds the sentencing aims of 18 U.S.C. § 3553.

Anchondo's parity argument is unavailing. *See United States v. Duhon*, 440 F.3d 711, 721 (5th Cir. 2006) ("the need to avoid disparity ... [concerns] similarly-situated defendants nationwide rather than disparity with [Anchondo's] differently-situated

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

codefendant"), *petition for cert. filed* (18 May 2006) (No. 05-11144).  Considering Anchondo's sentence was at the bottom of the career-offender guideline's range, U.S.S.G. § 4B1.1, he fails to show it was unreasonable under § 3553.  *See **United States v. Alonzo***, 435 F.3d 551, 554 (5th Cir. 2006).

*AFFIRMED*